Richard V. Day, Esq.
Law Office of Richard V. Day
587 Jefferson Street
Napa, CA 94559
Office Tele: (707) 253-8500
Alt Tele: (707) 927-0411
Toll Free: 888-734-4209
Fax: (707) 253-0890
Email: rvd@rvdaylaw.com

Attorney for Plaintiffs Anneke Delaat, Erik, Delaat
and Andrea L. Delaat

Marshall E. Bluestone, Esq. (SBN: 151632)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347
Email: mbluestone@sennefflaw.com

Attorney for Defendants, Kulbar Dhillon and Rajinder Dhillon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNEKE DELAAT, ERIK DELAAT, and ANDREA L. DELAAT,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>KULBAR DHILLON, RAJINDER DHILLON, and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | **Case No. 13-cv-04605-JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 21, 2014, CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiffs ANNEKE DELAAT, ERIK DELAAT, and ANDREA L. DELAAT and Defendants KULBAR DHILLON, RAJINDER DHILLON, hereby stipulate and agree as follows:

SENNEFF
FREEMAN
BLUESTONE

---

Case No. 13-cv-04605-JSW: STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JANUARY 21, 2014, CASE MANAGEMENT CONFERENCE

1

1. The Case Management Conference for this case is currently on calendar for January 21, 2014, at 1:30 p.m.;
2. The Plaintiffs have filed a motion to remand this matter to State Court and the Defendants have filed a counter motion to refer this matter to the Bankruptcy Court, Santa Rosa Division. Both motions are set on this Court's calendar on February 7, 2014, at 9:00 a.m.;
3. The parties agree and stipulate that the Case Management Conference should be continued to the same day as the hearing on plaintiffs' Motion for Remand and Defendants' Counter-Motion to Refer Case current set on February 7, 2014, at 9:00 a.m.

Dated: January 8, 2014

LAW OFFICE OF RICHARD V. DAY            SENNEFF FREEMAN & BLUESTONE, LLP

*/s/ Richard V. Day*                    */s/ Marshall E. Bluestone*
Richard V. Day                          Marshall E. Bluestone
Attorney for Plaintiff                  Attorney for Defendants

The court having considered the stipulation and proposed order to continue the January 21, 2014, Case Management Conference,

IT IS HEREBY ORDERED the Case Management Conference, presently on calendar for January 21, 2014, at 1:30 p.m., be continued to ~~February 7, 2014, at 9:00 a.m.~~ April 25, 2014 at 11:00 a.m. An updated joint case management shall be filed by April 18, 2014.

Dated: January 9, 2014

_____
Jeffery S. White,
United States Court District Judge

SENNEFF FREEMAN BLUESTONE

Case No. 13-cv-04605-JSW: STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE JANUARY 21, 2014, CASE MANAGEMENT CONFERENCE

2