IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNEKE DELAAT, ET AL., | |
|     Plaintiffs, | No. C 13-04605 JSW |
| v. | |
| KULBAR DHILLON, ET AL, | **ORDER VACATING HEARING ON MOTION TO REMAND** |
|     Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to remand which has been noticed for hearing on Friday, February 7, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 29, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE